ACCEPTED
01-14-00990-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/18/2015 3:51:25 PM
CHRISTOPHER PRINE
CLERK

# LISKOW&LEWIS

A Professional Law Corporation

First City Tower
1001 Fannin Street, Suite 1800
Houston, TX 77002
(713) 651-2900 Main
(713) 651-2908 Fax

www.Liskow.com

One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139
(504) 581-7979 Main
(504) 556-4108 Fax

822 Harding Street
Post Office Box 52008
Lafayette, LA 70505
(337) 232-7424 Main
(337) 267-2399 Fax

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

6/18/2015 3:51:25 PM

CHRISTOPHER A. PRINE
Clerk

June 18, 2015

**Alma Gomez**

Direct Dial: (713) 651-2974
afgomez@Liskow.com

**Via Electronic Filing**

Christopher A. Prine, Clerk
First Court of Appeals
301 Fannin, Suite 245
Houston, Texas 77002

> Re: Court of Appeals Number : 01-14-00990-CV
> Trial Court Cause Number: 2014-22740
>
> Style: *Manfred Fink v. Joann D. Anderson*
> Our File Number: 36193.0002

Dear Mr. Prine:

For the purpose of convenience only, attached are copies of the two sections of the Texas Securities Act that counsel for Appellees referred to and to which the Court requested reference during the oral argument on June 17, 2015.

Should you have any questions please do not hesitate to contact me.

Yours very truly,

Alma F. Gomez

AFG/ld
4260915_1.docx